UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>DANIEL APODACA,<br><br>        Defendant. | No.  2:99-cr-0140 TLN CKD P<br><br><br>ORDER |

Defendant, a federal prisoner proceeding pro se, has filed a motion for a reduction of his sentence under 18 U.S.C. § 3582(c)(2).  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B).

On July16, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

/////

1

1. The findings and recommendations filed July 16, 2013, are adopted in full; and

2. Defendant's May 4, 2012 motion for a reduction of his sentence (ECF No. 33) is denied.

Dated: September 13, 2013

Troy L. Nunley
United States District Judge

apod0140.801